IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Antione S. Lee, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00029 |
| v. | : | Judge Marbley |
| Robert Ross, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Antione S. Lee, a state prisoner, brings this prisoner civil rights action under 42 U.S.C. § 1983. This matter is before the Court on Magistrate Judge Abel's January 31, 2013 Initial Screening Report and Recommendation recommending that defendants Robert Ross, Kelly S. Riehle, Sergeant Joe Meyers, Sergeant Scott Yonak, Gary S. Croft, Brad Eller, and Mona Parks be DISMISSED. Plaintiff has not filed any objections to the Report and Recommendation.[1]

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DISMISSES** Robert Ross, Kelly S. Riehle, Sergeant Joe Meyers, Sergeant Scott Yonak, Gary S. Croft, Brad Eller, and Mona Parks.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants Robert

---

[1] On February 21, 2013, plaintiff filed a "Statement of Claims per Defendants and attached memorandum in support of state of claims." This document recites the allegations in the complaint rather than objections to the Magistrate Judge's Report and Recommendation. *See* doc. 9.

Ross, Kelly S. Riehle, Sergeant Joe Meyers, Sergeant Scott Yonak, Gary S. Croft, Brad Eller, and Mona Parks.  This action continue with respect to defendants Mary Potter and Dr. Eddy.


                                                      s/Algenon L. Marbley  
                                                      Algenon L. Marbley  
                                                      United States District Judge